UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/22
```

Trustees Of The New York City District Council Of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund et al.,

           Petitioners,

–v–

Ruben's Group Inc.,

           Respondent.

21-CV-8336 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    The Petitioners filed a petition to confirm an arbitration award dated July 14, 2021. Apparently, that award was intended to be attached to the petition as Exhibit J. Dkt. No. 1 at 6. The Court is not in receipt of the arbitrator's award. The Petitioners are ORDERED to file on the public docket a copy of the arbitration award by April 18, 2022.

    SO ORDERED.

Dated: April 15, 2022
       New York, New York

                                    ALISON J. NATHAN
                                United States Circuit Judge
                                  Sitting by designation