UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/3/22___

---

Trustees Of The New York City District Council
Of Carpenters Pension Fund, Welfare Fund,
Annuity Fund, and Apprenticeship, Journeyman
Retraining, Educational and Industry Fund et al.,

     Petitioners,

  –v–

Ruben's Group Inc.,

     Respondent.

---

21-CV-8336 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

  The Court on April 15, 2022, ordered Petitioners to file on the public docket a copy of the

arbitration award. Dkt. No. 14. The Court is not in receipt of the arbitrator's award. The Court

therefore ORDERS the Petitioners to file a copy of the arbitration award by May 9, 2022.

  SO ORDERED.

Dated: May 3, 2022
  New York, New York

                  ALISON J. NATHAN
                United States Circuit Judge
                 Sitting by designation