UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, and APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, TRUSTEES OF THE
NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND, THE CARPENTER
CONTRACTOR ALLIANCE OF METROPOLITAN
NEW YORK, and the NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS,

                Petitioners,                                21 **CIVIL** 8336 (AJN)

       -against-                                    **JUDGMENT**

RUBEN'S GROUP INC.,
                Respondent.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 19, 2022, the Petition is granted, the underlying arbitration award is confirmed, and judgment is entered in favor of the Petitioners and against Respondent as follows: 1. Petitioners are awarded $21,746.87, plus interest to accrue at the annual rate of 5.25% from the date of the July 14, 2021 arbitration award (the "Award") through the date of judgment, in the amount of $966.54; 2. Petitioners are awarded $77 in costs arising out of the proceeding; 3. Petitioners are awarded $525 in attorneys' fees arising out of the proceeding; and 4. Petitioners are awarded post-judgment interest at the statutory rate in 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated**: New York, New York
        May 19, 2022

                                                          **RUBY J. KRAJICK**
                                                           _____
                                                             **Clerk of Court**
                                **BY:**      *K. Mango*
                                                              _____
                                                             **Deputy Clerk**